IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) BRENDA PALMER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>1) FARMERS INSURANCE COMPANY, INC., a foreign insurance corporation,<br><br>Defendant. | Case No. 17-CV-676-JHP-FHM |

## ORDER OF DISMISSAL WITH PREJUDICE

Upon application of the parties hereto (Document #15), the Court being advised that the parties have fully, finally, and completely settled all claims arising from the subject accident giving rise to this cause of action, the Court finds and therefore orders, that the above style and numbered cause be dismissed with prejudice as to any future actions.

So ordered this 9th day of July, 2018.

_____
James H. Payne
United States District Judge
Northern District of Oklahoma